## DUZAN v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided Jan. 20, 1933.)

J. D. ATKINSON for movant.

BAILEY P. WOOTTON, Attorney General, and H. HAMILTON RICE, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.